**AFFIRM; and Opinion Filed November 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-15-00184-CR
_____

**VICTOR RENARD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-76504-M
_____

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Fillmore

Victor Renard Brown waived a jury and pleaded guilty to the third-degree felony offense of failure to register as a sex offender  *See* TEX. CODE CRIM. PROC. ANN. art. 62.102(a), (b)(1), (c) (West Supp. 2015) (previous conviction for failure to register).  The trial court assessed punishment at three years' imprisonment.  On appeal, Brown's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).  Counsel delivered a copy of the brief

to Brown. We advised Brown of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150184F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTOR RENARD BROWN, Appellant

No. 05-15-00184-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F14-76504-M).
Opinion delivered by Justice Fillmore,
Justices Myers and Whitehill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 30, 2015.